AMERICAN TRUST CO. *et al.* v. FORD *et al.*

No. 3140.   Opinion Filed March 12, 1912.

(122 Pac. 186.)

APPEAL AND ERROR—Dismissal—Failure to File Briefs. A case will be dismissed in this court on motion where counsel for plaintiffs in error file no briefs within the time, and no stipulation in reference thereto is made, and no extension is either asked or allowed, when such motion is properly served and filed asking such dismissal.

(Syllabus by the Court.)

*Error from District Court, Marshall County;*
*A. H. Ferguson, Judge.*

McAlester-Edwards Coal Co. et al. v. State ex rel. Marshall et al.

Action between the American Trust Company and others and Sallie Ford and Jackson Lewis.· From the judgment, the American Trust Company and others bring error.    Dismissed.

*Rennie, Hocker & Moore* and *Kennamer & Coakley,* for plaintiffs in error.

*Geo. Rider* and *E. S. Hurt,* for defendants in error.

HAYES, J.   A motion to dismiss has been filed in this cause by defendants in error on several grounds, one of which is that plaintiffs in error have failed to file a brief within the time prescribed by rule of this court.   Although the motion to dismiss was duly served upon counsel for plaintiffs in error, no response thereto has been made, and up to the time of the consideration of this motion plaintiffs in error are still in default in filing briefs, and have attempted to make no showing for an extension of time for that purpose.

It follows that the appeal should be dismissed for want of prosecution.   *Horner et al. v. Goltry & Sons,* 23 Okla. 905, 101 Pac. 1111; *M., O. & G. Ry. Co. v. Wortman,* 27 Okla. 455, 112 Pac. 1017.

All the Justices concur.